IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| ALBERT K. KINNEBREW,<br><br>  Plaintiff,<br><br>v.<br><br>GENERAL REVENUE<br>CORPORATION,<br><br>  Defendant. | CIVIL ACTION FILE NO.<br>4:21-CV-0188-HLM-WEJ |

## ORDER

This case is before the Court on Plaintiff's Notice of Settlement [4] and on the Court's own Motion.

Plaintiff filed a Notice of Settlement. (Docket Entry No. 4.) Plaintiff indicates that the Parties anticipate needing approximately sixty days to document and conclude the settlement. (Id.) The Court finds that it is appropriate to administratively close this action while the Parties finalize their settlement.

ACCORDINGLY, the Court **DIRECTS** the Clerk to **ADMINISTRATIVELY TERMINATE** this action. Plaintiff may move to reopen this case if the Parties do not manage to finalize their settlement.

IT IS SO ORDERED, this the 2nd day of December, 2021.

/s/ Harold L. Murphy
_____
SENIOR UNITED STATES DISTRICT JUDGE